IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EILEEN DALY, an Adult Individual and Florida Resident, and MORGAN STANLEY SMITH BARNEY, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:14-cv-335-AJS |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby voluntarily dismiss with prejudice all claims and counterclaims in this matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Dated: October 29, 2014

By: /s/ Matthew F. Burger
   Matthew F. Burger, Esquire
   Pa. I.D. No. 74513
   matthew.burger@bipc.com
   Jordan M. Webster, Esquire
   Pa. I.D. No. 200715
   jordan.webster@bipc.com
   Kate R. Paine, Esquire
   Pa. I.D. No. 312026
   kate.paine@bipc.com

   One Oxford Centre, 20th Floor
   301 Grant Street
   Pittsburgh, PA  15219
   (412) 562-8800

   *Counsel for Plaintiff PNC Financial Services Group, Inc.*

And

By: */s/ Michael S. Taaffe*
    Michael S. Taaffe, Esquire
    mtaaffe@slk-law.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue, Suite 1000
Sarasota, Florida 34236
Telephone: (941) 364-2720
Fax: (941) 366-3999

By: */s/ James W. Carroll, Jr.*
    James W. Carroll, Jr., Esquire
    jwcarroll@rothmangordon.com

Rothman Gordon, PC
310 Grant Street, Third Floor
Pittsburgh, PA 15219
Telephone: (412) 338-1121
Fax: (412) 246-1721

*Counsel for Defendant Eileen Daly*

And

By: */s/ Thomas J. Momjian*
    Thomas J. Momjian, Esquire
    tjm@cossmomjian.com
Coss & Momjian, LLP
111 Presidential Boulevard, Suite 233
Bala Cynwyd, PA 19004
Telephone: (610) 667-6800
Fax: (610) 667-6620

*Counsel for Defendant Morgan Stanley Smith Barney LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification to counsel as follows:

Matthew F. Burger, Esq.
BUCHANAN INGERSOLL & ROONEY, P.C.
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410

Counsel for Plaintiff

Michael S. Taaffe, Esq.
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue, Suite 1000
Sarasota, Florida 34236

Counsel for Defendant Eileen Daly

/s/Thomas J. Momjian
Thomas J. Momjian