IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EILEEN DALY, an Adult Individual and Florida Resident, and MORGAN STANLEY SMITH BARNEY, LLC, a Delaware Limited Liability Company, )<br>)<br>Defendants. ) | Case No. 2:14-cv-335-AJS |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby voluntarily dismiss with prejudice all claims and counterclaims in this matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Dated: October 29, 2014

By: */s/ Matthew F. Burger*
Matthew F. Burger, Esquire
Pa. I.D. No. 74513
matthew.burger@bipc.com
Jordan M. Webster, Esquire
Pa. I.D. No. 200715
jordan.webster@bipc.com
Kate R. Paine, Esquire
Pa. I.D. No. 312026
kate.paine@bipc.com

One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 562-8800

*Counsel for Plaintiff PNC Financial Services Group, Inc.*

AND NOW, this 30th day of Oct, 2014,
IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

And

By: */s/ Michael S. Taaffe*
   Michael S. Taaffe, Esquire
   mtaaffe@slk-law.com
Shumaker, Loop & Kendrick, LLP
240 South Pineapple Avenue, Suite 1000
Sarasota, Florida 34236
Telephone: (941) 364-2720
Fax: (941) 366-3999

By: */s/ James W. Carroll, Jr.*
   James W. Carroll, Jr., Esquire
   jwcarroll@rothmangordon.com

Rothman Gordon, PC
310 Grant Street, Third Floor
Pittsburgh, PA 15219
Telephone: (412) 338-1121
Fax: (412) 246-1721

*Counsel for Defendant Eileen Daly*

And

By: */s/ Thomas J. Momjian*
   Thomas J. Momjian, Esquire
   tjm@cossmomjian.com
Coss & Momjian, LLP
111 Presidential Boulevard, Suite 233
Bala Cynwyd, PA 19004
Telephone: (610) 667-6800
Fax: (610) 667-6620

*Counsel for Defendant Morgan Stanley Smith Barney LLC*